O

**FILED**
CLERK, U.S. DISTRICT COURT

January 15, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: JD  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE ERVIN TURNER,<br><br>           Petitioner,<br><br>    vs.<br><br>KIM HOLLAND (Warden),<br><br>           Respondent. | Case No. EDCV 15-00004-VAP (KES)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED: January 12, 2016

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE