JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT
January 15, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRUCE ERVIN TURNER,

         Petitioner,

vs.

KIM HOLLAND (Warden),

         Respondent.

Case No. EDCV 15-0004-VAP (KES)

**J U D G M E N T**

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: January 12, 2016

*Virginia A. Phillips*

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE